1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorney for Plaintiff
   KingVision Pay-Per-View, Ltd.



UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LUZ ELENA BURNI and MOUHIELDIN ABED EL RAOUF BURNI a/k/a RALPH A. BURNI, INDIVIDUALLY and d/b/a ON THE ROCKS BAR & GRILL; and CAT DADDY'S, A LLC, an unknown business entity d/b/a ON THE ROCKS BAR & GRILL, <br><br> Defendants. | Case No. **08 CV 0850 JAH BLM** <br><br> CERTIFICATION AS TO INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, KingVision Pay-Per-View, Ltd., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

## PARTIES

***Plaintiff,*** *KingVision Pay-Per-View, Ltd.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

***Defendant,*** Luz Elena Burni, individually and d/b/a On the Rocks Bar & Grill

518 E. Main Street
El Cajon, CA 92020

***Defendant,*** Mouhieldin Abed El Raouf Burni a/k/a Ralph A. Burni, individually and d/b/a On the Rocks Bar & Grill

518 E. Main Street
El Cajon, CA 92020

***Defendant,*** Cat Daddy's, A LLC, an unknown business entity d/b/a On the Rocks Bar & Grill

518 E. Main Street
El Cajon, CA 92020

Dated: 5/9/08

LAW OFFICE OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
KingVision Pay-Per-View, Ltd.