Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



KingVision Pay-Per-View, Ltd.,

vs

Luz Elena Burni and Mouhieldin Abed El Raouf Burni a/k/a Ralph Burni, individually and d/b/a On the Rocks Bar & Grill; and Cat Daddy's, A LLC, an unknown business entity d/b/a On the Rocks Bar & Grill

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0850 JAH BLM**

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. SAMUEL HAMRICK, JR.                           MAY 12 2008



CLERK                                            DATE
K. HAMMERLY

By                    , Deputy Clerk

Summons in a Civil Action                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)